**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:04CR00281-05 JLH | |
| MELISSA HORNER | DEFENDANT |

**ORDER**

Defendant appeared in person with her attorney, Ms. Cathleen Compton, for sentencing on Monday, January 14, 2008. The government was represented by Assistant United States Attorneys John Bush and George Vena. United States Probation Officer Tony Guerra was present. Mr. Nelson Miller, who is a victim of the offense contained in Count 2 of Superseding Information, was present with his attorney, Mr. Gary Corum.

During the hearing, a dispute arose as to the specific amount of restitution which was owed to victim Nelson Miller. Mr. Corum informed the Court that neither he nor Mr. Miller were notified of the sentencing hearing as required by the Justice for All Act of 2004, and he was not prepared to specifically argue the exact amount of restitution owed to Mr. Miller.

IT IS THEREFORE ORDERED that victim Nelson Miller is directed to file a brief specifying the exact amount of restitution owed to him no later than Thursday, February 28, 2008. Any reply brief will be due by Thursday, March 20, 2008.

IT IS SO ORDERED this 15th day of January, 2008.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE