# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                       NO. 4:04CR00281-05 JLH

MELISSA HORNER                                                  DEFENDANT

## ORDER

By Order dated January 15, 2008, the Court gave defendant Nelson Miller up to and including February 28, 2008, in which to submit his brief specifying the exact amount of restitution owed to him, and directed that any reply brief be submitted by March 20, 2008.

Nelson Miller submitted his restitution brief on March 12, 2008. Therefore, the time in which to submit reply briefs is extended up to and including Wednesday, April 2, 2008.

IT IS SO ORDERED this 24th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE